IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY BUBB,

          Plaintiff,

v.

                                                           Case No. 20-cv-101-wmc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

          Defendant.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Timothy Bubb remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


| s/ V. Olmo, Deputy Clerk | 12/21/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |